Certificate Number: 14912-CAC-DE-039608061

Bankruptcy Case Number: 25-10636



14912-CAC-DE-039608061

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2025, at 6:15 o'clock PM EDT, Juan Matias completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  April 29, 2025    By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor